**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ERIN RICHARDSON,** ) | |
|        **Petitioner,** ) | **No. CV 10-7913-CAS (RCF)** |
| ) | |
|       **v.** ) | **JUDGMENT** |
| **W. D. MacDONALD, Warden,** ) | |
|       **Respondent.** ) | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: August 9, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE